DORR T. MARTIN et al., Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 36736.)—

480

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.